**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  James W Bryson<br>  Debtor, | Chapter: 7<br>Case No: 10–43338<br>Judge Henry J. Boroff |

### ORDER DISCHARGING TRUSTEE
### AND CLOSING CASE

It is hererby **ORDERED** that Anne J. White, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:10/21/10                                                                                          By the Court,

                                                                                                                    Henry J. Boroff
                                                                                                                    U.S. Bankruptcy Judge